UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Stephen Ray Kern,

          Petitioner

v.

High Desert State Prison, et al.,

          Respondents

Case No. 2:25-cv-01427-CDS-MDC

**Order Instructing the Petitioner to File an IFP Application or Pay the Filing Fee**

On August 5, 2025, petitioner Stephen Ray Kern filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1-1. However, Kern did not properly commence this action. Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. An indigent prisoner may be authorized to begin a habeas action without paying the $5 fee if they submit an *in forma pauperis* ("IFP") application on the approved form and include (1) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (2) a financial certificate signed by the prisoner and an authorized prison official, and (3) a copy of the prisoner's account statement for the 6-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

It is therefore ordered that on or before September 10, 2025, unless Kern requests and is granted an extension of time, Kern must (1) file a complete IFP application with the three supporting documents listed above **_or_** (2) pay the $5 filing fee. Kern's failure to timely comply with this order will result in the dismissal of the petition without prejudice and without further advance notice.

It is further kindly ordered that the Clerk of Court send Kern a blank copy of the IFP application form for inmates along with instructions.

Dated: August 11, 2025

_____
Cristina D. Silva
United States District Judge