UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Stephen Ray Kern,<br><br>　　　　　　Petitioner<br><br>v.<br><br>High Desert State Prison, et al.,<br><br>　　　　　　Respondents | Case No. 2:25-cv-01427-CDS-MDC<br><br>**Order Extending Time for<br>Petitioner to Pay Filing Fee** |

On August 5, 2025, petitioner Stephen Ray Kern filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1-1. On August 11, 2025, I ordered Kern to either file a complete *in forma pauperis* ("IFP") application <u>or</u> pay the $5 filing fee. ECF No. 3. In response, Kern filed a notice, stating that he sent a brass slip asking the Nevada Department of Corrections to mail $5 from his prison account to this Court. ECF No. 4. However, to date, the Court has not received Kern's filing fee.[1] As such, I give Kern another chance to comply.

It is therefore ordered that Kern must pay his filing fee on or before November 7, 2025.

Dated: October 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] On October 1, 2025, the Court contacted the finance department to confirm that the $5 has not been received.