UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Stephen Ray Kern,

          Petitioner

v.

Jeremy Bean, et al.,

          Respondents

Case No. 2:25-cv-01427-CDS-MDC

**Order Appointing Counsel and Setting Briefing Schedule**

On August 5, 2025, petitioner Stephen Ray Kern filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 ("petition") and moved for the appointment of counsel. ECF Nos. 1-1, 6. Following review of the petition, I directed service upon the respondents and provisionally appointed the Federal Public Defender to represent Kern. ECF No. 9. The Federal Public Defender filed a notice of appearance on November 13, 2025. ECF No. 12.

It is therefore ordered that the Federal Public Defender, through Amelia Bizzaro, Esq., is appointed as counsel for Kern pursuant to 18 U.S.C. § 3006A(a)(2)(B). Counsel will represent Kern in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

It is further ordered that Kern has up to and including February 20, 2026, to file a counseled amended petition and/or seek other appropriate relief.[1] Respondents must file a response to the amended petition, including potentially by motion to dismiss, within 60 days of service of an amended petition. Kern must then file a reply thereto within 30 days of service of the answer. The response and reply time to any motion filed by either party, including a motion to dismiss, is governed instead by Local Rule 7-2(b).

---

[1] Neither the foregoing deadline nor any extension given in this action signifies or will signify any implied finding as to the expiration of the federal limitations period and/or of a basis for tolling during the time period established. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

It is further ordered that any procedural defenses raised by the respondents to the counseled amended petition shall be raised together in a single consolidated motion to dismiss. In other words, the Court does not wish to address any procedural defenses raised herein either in seriatum fashion in multiple successive motions to dismiss or embedded in the answer. Procedural defenses omitted from such motion to dismiss will be subject to potential waiver.

It is further ordered that, in any answer filed on the merits, the respondents must specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

It is further ordered that any state court record and related exhibits filed herein by either Kern or the respondents must be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further must be identified by the number or numbers of the exhibits in the attachment. If the exhibits filed will span more than one ECF Number in the record, the first document under each successive ECF Number must be either another copy of the index, a volume cover page, or some other document serving as a filler, so that each exhibit under the ECF Number thereafter will be listed under an attachment number (i.e., Attachment 1, 2, etc.).

It is further ordered that courtesy copies of exhibits must <u>not</u> be provided.

Dated: November 18, 2025

_____
Cristina D. Silva
United States District Judge