UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Stephen Ray Kern,

              Petitioner

v.

Jeremy Bean,

              Respondent

Case No. 2:25-cv-01427-CDS-MDC

**Order Granting Motion for
Extension of Time**

[ECF No. 14]

Petitioner Stephen Ray Kern has filed an unopposed motion for a 106-day extension of time to file his first-amended petition because that is when his AEDPA statute of limitations ends. ECF No. 14. This is Kern's first request for an extension of this deadline. I find that good cause exists to grant the motion.

It is therefore ordered that the motion **[ECF No. 14] is granted**. Kern's deadline to file his first-amended petition is extended to June 6, 2026.

Dated: February 19, 2026

_____
Cristina D. Silva
United States District Judge