UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Stephen Ray Kern, Petitioner v. Jeremy Bean, Respondent | Case No. 2:25-cv-01427-CDS-MDC **Order Granting Respondent's Motion for Extension of Time and Petitioner's Motion to Seal** [ECF Nos. 21, 22, 27] |

This matter is before the court on the petitioner's motion to seal and motion for leave to re-file a redacted version of an exhibit. ECF Nos. 21, 22. Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, I find that a compelling need to protect safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

Further, the respondent has filed a motion for a 45-day extension of time to file his response to the first-amended petition. ECF No. 27. This is the respondent's first request for an extension of this deadline. I find that good cause exists to grant the motion.

It is therefore ordered that the petitioner's motions to seal and re-file a redacted exhibit **[ECF Nos. 21, 22] are granted**.

It is further kindly ordered that the clerk of the court seal [ECF No. 18-1].

It is further ordered that the respondent's motion **[ECF No. 27] is granted**. Respondent's deadline to file his response to the first-amended petition is extended to September 18, 2026.

Dated: August 6, 2026

Cristina D. Silva
United States District Judge